No. 78–482. SMITH, JUDGE, ET AL. *v.* DAILY MAIL PUB-
LISHING CO. ET AL. Sup. Ct. App. W. Va. Certiorari granted.

No. 78–160. WILSON ET AL. *v.* OMAHA INDIAN TRIBE ET
AL.; and
No. 78–161. IOWA ET AL. *v.* OMAHA INDIAN TRIBE ET AL.
C. A. 8th Cir. Petition for writ of certiorari in No. 78–160 is
granted limited to Questions 2 and 3 presented by the peti-
tion. Petition for writ of certiorari in No. 78–161 is granted
limited to Questions 1 and 4 presented by the petition. Cases
consolidated and a total of one hour allotted for oral argu-
ment. Reported below: 575 F. 2d 620.

No. 77–1779. PARIS *v.* UNITED STATES. C. A. 2d Cir.
Certiorari denied.

No. 77–6570. WILSON *v.* UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO, WESTERN DIVISION.
C. A. 6th Cir. Certiorari denied.

No. 77–6754. HOBGOOD *v.* ARKANSAS. Sup. Ct. Ark. Cer-
tiorari denied.

No. 77–6814. HOPPMAN *v.* WISCONSIN. Sup. Ct. Wis.
Certiorari denied.

No. 77–6916. URIARTE *v.* UNITED STATES; and
No. 78–316. RAMIREZ-URIARTE *v.* UNITED STATES. C. A.
9th Cir. Certiorari denied. Reported below: 575 F. 2d 215.